USDC SCAN INDEX SHEET










```
LMH    7/21/04    9:49
3:04-CV-01378    HEMOCUE AB V. STANBIO LABORATORY
*5*
*RELCSNTC.*
```

ORIGINAL

1  GREGORY B. WOOD (Bar No. 068064)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  865 South Figueroa Street, 29th Floor
   Los Angeles, California 90017
3  Telephone: (213) 892-9200
   Facsimile: (213) 680-4518
4
   PAUL KRIEGER (Tex No. 11726470)
5  EDWARD STEAKLEY (Tex. No. 24010423)
   **FULBRIGHT & JAWORSKI L.L.P.**
6  1301 McKinney
   Suite 5100
7  Houston Texas 77010-3095

8  Attorneys for Plaintiffs
   HemoCue AB and HemoCue, Inc.
9
                  IN THE UNITED STATES DISTRICT COURT
10
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED 04 JUL -9 AM 11:26 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED IN DOCKETING JUL 21
"BY FAX"
'04 CV 1378 BEN (AJB)

| | |
|---|---|
| HEMOCUE AB; HEMOCUE, INC., | ) Case No. _____ |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF RELATED CASE** |
| STANBIO LABORATORY, L.P.; EKF-DIAGNOSTIC GMBH, | ) |
| Defendants. | ) |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court is hereby advised that the above action is related to the action entitled *STANBIO LABORATORY, L.P., Plaintiff v. HEMOCUE AB; HEMOCUE, INC., Defendants*, Case No. SA 03 CA 1080 OG, pending in the Western District of Texas. On October 29, 2003, Stanbio filed a Declaratory Judgment Action in the Western District of Texas, Cause No. SA 03 CA 1080 OG, alleging that HemoCue threatened litigation against Stanbio for infringement of HemoCue's 5,674,457

1  patent. HemoCue contends that there was no threat of infringement and that the
2  action in San Antonio was premature because there was no justiciable controversy
3  between the parties. HemoCue filed a motion to dismiss the lawsuit for lack of
4  subject matter jurisdiction based on HemoCue's contention that at the time the suit
5  was filed, Stanbio did not have a reasonable apprehension of being sued by
6  HemoCue. This motion is presently pending before the court in San Antonio. This
7  present Action should not be transferred to the Western District of Texas as that
8  Court lacks federal subject matter jurisdiction because no controversy existed at the
9  time the Declaratory Judgment Action was filed.

DATED: July 9, 2004           GREGORY B. WOOD
                              FULBRIGHT & JAWORSKI L.L.P.

                              By _____
                                  Gregory B. Wood
                                  Attorneys for Plaintiffs
                                  HEMOCUE AB; and
                                  HEMOCUE, INC.