USDC SCAN INDEX SHEET










```
LMH    9/29/04    10:51
3:04-CV-01378   HEMOCUE AB V. STANBIO LABORATORY
*9*
*O.*
```

FILED

04 SEP 28 AM 6:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEMOCUE AB; HEMOCUE, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STANBIO LABORATORY, L.P.; EKF- ) <br> DIAGNOSTIC GMBH; ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No. 04cv1378 BEN(AJB) <br><br> ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SCHEDULING CASE MANAGEMENT CONFERENCE |

This is a patent infringement action filed July 9, 2004. On September 7, 2004, Defendant Stanbio Laboratory answered the Complaint. Thereupon, the Court set an Early Neutral Evaluation Conference pursuant to Civ. L. R. 16.1.c. The conference was set for October 6, 2004.

Defendant Stanbio Laboratory submitted a faxed letter requesting continuance of the conference in that the manufacturer (EKF Diagnostic GMBH) of the product allegedly infringing in this case has yet to appear, and that Defendant Stanbio Laboratory will be moving to dismiss, transfer of stay this action based upon the fact that these issues are already pending in the Western District of Texas. The letter followed an apparent discussion between Stanbio's counsel, Ms. Bjurstrom and Hemocue's counsel, Mr. Wood. While not in an appropriate ex parte application form, the Court accepted the document. Plaintiff Hemocue has objected to the application and the continuance requested, and has requested that the conference go forward as set.

04cv1378

1     Having reviewed the submissions of counsel, the pleadings on file, and having considered the
2 status of the case, the Court finds that compelling the attendance of out of state Defendants for purposes
3 of a Settlement Conference, in the absence of a key entity to the transaction in dispute, will not be useful
4 at this time nor would it assist in the reduction of expense or delay in the case.

5     Given the history, the Court finds that a more appropriate time for an initial Settlement
6 Conference will be with the appearance of the remaining Defendant. At that time, should settlement not
7 be achievable, then the Court can guide the parties in their Rule 26 obligations and in moving the case
8 toward scheduling.

9     Based thereon, the finds the case inappropriate for an Early Neutral Evaluation Conference at this
10 time, VACATES the October 6, 2004 date, and, sets a *telephonic* Case Management Conference for
11 *November 5, 2004 at 9:00 a.m.* Plaintiff's counsel shall make arrangements for the conference call at
12 that time and shall provide notice of this conference to counsel Defendant EKF-Diagnostic GMBH.

13     IT IS SO ORDERED.
14 Dated: 9/27/04

                                           ANTHONY J. BATTAGLIA
                                           United States Magistrate Judge

cc: Judge Benitez
    All Counsel of Record