USDC SCAN INDEX SHEET










```
JAH     10/5/04    10:38
3:04-CV-01378   HEMOCUE AB V. STANBIO LABORATORY
*10*
*M.*
```

Callie A. Bjurstrom, State Bar No. 137816
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Defendant Stanbio Laboratory, L.P.

FILED
04 OCT -4 PM 1:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEMOCUE AB; HEMOCUE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STANBIO LABORATORY, L.P.; EKF - DIAGNOSTIC GMBH,<br><br>Defendants. | Case No. 04CV1378 BEN (AJB)<br><br>NOTICE OF MOTION AND MOTION OF STANBIO LABORATORY, L.P. TO DISMISS, TRANSFER AND/OR STAY<br><br>Date:  April 22, 2005<br>Time:  10:30 a.m.<br>Ctrm.:  3<br>Judge:  Honorable Roger T. Benitez |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 22, 2005, at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 3 of the above-entitled Court, defendant Stanbio Laboratory, L.P. ("Stanbio") by and through counsel, will move this Court for an order dismissing plaintiffs' Complaint based on the "first to file" rule. In the alternative, Stanbio will move this Court for an order transferring plaintiffs' claims to the United States District Court for the Western District of Texas to be consolidated with the Texas action entitled Stanbio Laboratory, L.P. v. Hemocue, Inc., et al., Civil Action No. SA-03-CA-1080 OG (NN) (the "Texas Action") or for an order staying plaintiffs' claims in this case pending a final determination, including the determination of any appeals, of the Texas Action.

///

1  Stanbio makes this motion on the grounds that under the "first to file" rule, when cases
2  involving the same parties and issues have been filed in two different districts such as in this case,
3  the second district has the discretion to dismiss, transfer and/or stay the second action in the
4  interest of efficiency and judicial economy.

5  This motion is based on this notice of motion and motion, the memorandum of points and
6  authorities in support of the motion, the affidavit of Berthold Walter, the request for judicial notice
7  and exhibits filed therewith, the complete files and records of this action, and upon such additional
8  argument, oral or written, as may be duly presented in support of this motion prior to or in
9  connection with the hearing.

10  DATED: October __, 2004        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

12  By: _____
      Callie A. Bjurstrom
13    Attorneys for Defendant Stanbio Laboratory, L.P.

2003955.1