








```
LMH    10/18/04    10:58
3:04-CV-01378   HEMOCUE AB V. STANBIO LABORATORY
*14*
*DODEN.*
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
04 OCT 15 PM 3:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Benitez
FROM: M Stottlemyer,   Deputy Clerk         RECEIVED DATE: 10/12/04
CASE NO.: 04cv1378BEN(AJB)   DOCUMENT FILED BY: Pla
CASE TITLE: Hemocue AB vs Stanbio
DOCUMENT ENTITLED: _____

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1.j.4 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself /Supplemental filings require court order |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Possible a proof of service |

Date forwarded:   10/12/04

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:   **ROGER T. BENITEZ**

Dated: 10/15/04         By: TFF
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) – [Docuument Discrepancy / Court Order]

## SUMMARY OF THE DOCUMENT TO BE SERVED
Convention the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, the 15th of November 1965.
(article 5, fourth paragraph)

**Name and address of the requesting authority:**

United States District Court for the District of Southern California
Edward J. Schwartz Courthouse
940 Front Street
San Diego, California, U.S.A. 92101-8900



**Particulars of the parties:**

| **HemoCue AB** | **HemoCue, Inc.** | **Stanbio Laboratory, L.P.** | **EKF-diagnostic GmbH** |
|---|---|---|---|
| Box 1204SE-262 23 | 40 Empire Drive | 1261 North Main Street, | Ebendorfer Chaussee 3, |
| Ängelholm, Sweden | Lake Forest, California, U.S.A. 92630 | Boerne, Texas 78006 | D – 39179 Barleben / Magdeburg, Germany |

### JUDICIAL DOCUMENT

**Nature and purpose of the document:**
  Complaint regarding patent infringement of U.S. Patent 5,674,457 and unfair competition.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Patent infringement suit; seeking
  a) permanent injunction;
  b) destruction of product sold in the United States.
  b) accounting for profits and damages, or general damages together with pre- and post- judgment interest;
  c) increase of said damages not to exceed three times the amount found or assessed;
  d) award of Plaintiff's costs;
  e) award of Plaintiff's reasonable additional fees;
  f) judgment for further relief as the Court may deem just and proper.

**Date and place for entering appearance:**  Not yet determined

**Time limits stated in the document:** 20 days upon receipt of complaint and summons

25433295



**SACHSEN-ANHALT**
Ministerium der Justiz

Ministerium der Justiz des Landes Sachsen-Anhalt · Postfach 3764 · 39012 Magdeburg

**REJECTED**

United States District Court
Southern District of California
Edward J. Schwartz Courthouse
940 Front Street
San Diego, California
U.S.A. 92101-8900

| | |
|---|---|
| **Rechtshilfeverkehr in Zivilsachen mit den Vereinigten Staaten von Amerika;** | Magdeburg, 07. Oktober 2004 |
| **hier:   Zustellungsersuchen nach dem Haager Zustellungsübereinkommen vom 15. November 1965 in der Rechtssache HEMOCUE AB; HEMOCOU, INC., gegen STANBIO LABORATORY, L. P.; EKF-DIAGNOSTIC GmbH an EKF-diagnostic GmbH, Ebendorfer Chaussee 3, 39179 Barleben** | Ihr Zeichen/Ihre Nachricht vom: |
| | Az.: 9341 A5.E – 201.W.7/04 |
| | Bearbeitet von: |
| **Anlage: 1 Blattsammlung** | Durchwahl (0391) 567-6018 |

In Erledigung des oben näher bezeichneten Zustellungsersuchens gestatte ich mir, Ihnen das Zustellungszeugnis zu überreichen.

Im Auftrag
Wilhelm

Beglaubigt
*[signature]*
Angestellte

Hegelstraße 40 - 42
39104 Magdeburg

Telefon (0391) 567-01
Telefax (0391) 567-6180
poststelle@mj.sachsen-anhalt.de
www.sachsen-anhalt.de

Landeshauptkasse Dessau
Deutsche Bundesbank,
Filiale Magdeburg
BLZ   810 000 00
Konto  810 015 00