USDC SCAN INDEX SHEET

















BAR    11/1/04    12:21

3:04-CV-01378    HEMOCUE AB V. STANBIO LABORATORY

*15*

*NTCF.*

1  GREGORY B. WOOD (Bar No. 068064)
**FULBRIGHT & JAWORSKI L.L.P.**
2  865 South Figueroa Street, 29th Floor
Los Angeles, California 90017
3  Telephone: (213) 892-9200
Facsimile: (213) 680-4518
4
PAUL KRIEGER (Tex No. 11726470)
5  EDWARD STEAKLEY (Tex. No. 24010423)
**FULBRIGHT & JAWORSKI L.L.P.**
6  1301 McKinney
Suite 5100
7  Houston Texas 77010-3095

8  Attorneys for Plaintiffs
HemoCue AB and HemoCue, Inc.
9

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12  HEMOCUE AB; HEMOCUE, INC.,            ) Case No. 04 CV 1378 BEN (AJB)
                                         )
13          Plaintiffs,                  )
                                         )
14      v.                               )  **NOTICE OF CASE**
                                         )  **MANAGEMENT**
15  STANBIO LABORATORY, L.P.; EKF-       )  **CONFERENCE**
    DIAGNOSTIC GMBH,                     )
16                                       )
17          Defendants.                  )
                                         )

18

19      TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

20

21      NOTICE IS HEREBY GIVEN that a case management conference call has

22  been scheduled for November 5, 2004 at 9:00 a.m. before the Honorable Magistrate

23  Judge Anthony J. Battaglia pursuant to the COURT ORDER VACATING EARLY

24  NEUTRAL EVALUATION CONFERENCE AND SCHEDULING CASE

25  MANAGEMENT CONFERENCE dated September 18, 2004. The conference call

26  has been arranged through an AT & T operator who will place calls to each of the

27  following parties at the numbers indicated below:

28      ///

1    Gregory B. Wood, Esq.  (213) 892-9200;

2    Paul Krieger, Esq.  (713) 651-5167;

3    Jody Factor, Esq.  (312) 226-1818;

4    Callie A. Bjurstrom, Esq.  (619) 236-1414; and

5    Mark H. Miller, Esq.  (210) 978-7700.

6

7    DATED:  October  27, 2004        GREGORY B. WOOD
                                      FULBRIGHT & JAWORSKI L.L.P.

8

9                                    By
                                         Gregory B. Wood
10                                       Attorneys for Plaintiffs
                                         HEMOCUE AB; and HEMOCUE, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

25437607.2

2

NOTICE OF CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

I, Laura Murphy, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 865 South Figueroa Street, 29th Floor, Los Angeles, California 90017. On October 28, 2004, I served a copy of the within document(s):

**NOTICE OF CONFERENCE CALL RE CASE MANAGEMENT CONFERENCE**

☒     By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒     By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐     By placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery as addressed below:

☐     By hand delivering (Worldwide Attorney Services, Inc.) the document(s) listed above to the person(s) at the address(es) set forth below.

Callie A. Bjurstrom, Esq.
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway
Suite 2600
San Diego, CA 92101-3372
Fax: (619) 232-8311

Mark H. Miller, Esq.
Jackson Walker L.L.P.
112 East Pecan Street
Suite 2100
San Antonio, TX 78205
Fax: (210) 978-7790

1

2    Jody L. Factor, Esq.
     Factor & Lake, Ltd.
3    1327 W. Washington Blvd.
     Suite 5G/H
4    Chicago, IL 60607
     Fax: (312) 226-1919

5    Magistrate Judge Anthony J. Battaglia
     United States District Court
6    Southern District of California
     Fax: (619) 702-9988
7    *Via Facsimile Only*

8

9        I am readily familiar with the firm's practice of collection and processing

10   correspondence for mailing.  Under that practice it would be deposited with the

11   U.S. Postal Service on that same day with postage thereon fully prepaid in the

12   ordinary course of business.  I am aware that on motion of the party served, service

13   is presumed invalid if postal cancellation date or postage meter date is more than

14   one day after date of deposit for mailing in affidavit.

15        I declare that I am employed in the office of a member of the bar of this court

16   at whose direction the service was made.

17        Executed on October 28, 2004, at Los Angeles, California.

18

19                                        _____
                                                      Laura Murphy
20

21

22

23

24

25

26

27

28