USDC SCAN INDEX SHEET










```
LMH     11/9/04    11:15
3:04-CV-01378    HEMOCUE AB V. STANBIO LABORATORY
*16*
*O.*
```

FILED

04 NOV -9 AM 8:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEMOCUE AB; HEMOCUE, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STANBIO LABORATORY, L.P.; EKF- ) <br> DIAGNOSTIC GMBH; ) <br> ) <br> Defendants. ) | Civil No. 04cv1378 BEN(AJB) <br><br> ORDER FOLLOWING CASE <br> MANAGEMENT CONFERENCE |

On November 5, 2004, the court convened a Case Management Conference in the above entitled action. Appearing were Greg Wood, Esq. and Paul Krieger, Esq. on behalf of plaintiff; Mark Miller, Esq. and Callie Bjurstrom, Esq. on behalf of defendant Stanbio and Jody Factor, Esq. on behalf of defendant EKF.

Counsel have agreed to dismiss this action and take up the issues in the Western District of Texas where the case was previously filed. Plaintiff's counsel will prepare a stipulation for dismissal to be signed by counsel for Stanbio and submitted to the Court. Defendant EKF-Diagnostic GMBH has not yet appeared and will not need to sign the stipulation. The dismissal as to this defendant will be a voluntary dismissal by plaintiff under Rule 41 of the Federal Rules of Civil Procedure.

04cv1378

Based upon this disposition, defendant Stanbio has asked that the Motion to Dismiss, Transfer and/or Stay set for hearing before Judge Benitez on April 22, 2005 be vacated. This request has been conveyed to Judge Benitez' chambers.

IT IS SO ORDERED.

Dated: 11/5/04

ANTHONY J. BATTAGLIA
United States Magistrate Judge

cc: Judge Benitez
    All Counsel of Record