USDC SCAN INDEX SHEET

















```
CGL    11/16/04    9:07
3:04-CV-01378    HEMOCUE AB V. STANBIO LABORATORY
*17*
*STIPO.*
```

| | |
|---|---|
| 1 | |
| 2 | GREGORY B. WOOD (Bar No. 068064)<br>**FULBRIGHT & JAWORSKI L.L.P.**<br>865 South Figueroa Street, 29th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 892-9200<br>Facsimile: (213) 680-4518 |

PAUL KRIEGER (Tex No. 11726470)
EDWARD STEAKLEY (Tex. No. 24010423)
**FULBRIGHT & JAWORSKI L.L.P.**
1301 McKinney
Suite 5100
Houston Texas 77010-3095

Attorneys for Plaintiffs
HemoCue AB and HemoCue, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEMOCUE AB; HEMOCUE, INC., | Case No. 04cv1378 BEN (AJB) |
| Plaintiffs, | |
| v. | |
| STANBIO LABORATORY, L.P.; EKF-DIAGNOSTIC GMBH, | **STIPULATION AND (PROPOSED) ORDER RE NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

ENTERED ON 11-16-04

25470796.1                                   1

1  Plaintiff Hemocue AB and Stanbio Laboratories hereby stipulate that this
2  case be dismissed without prejudice as to all defendants including answering
3  defendant Stanbio Laboratory, L.P., and non-answering defendant EKF Disgnostic
4  GMBH.

6  DATED: November 8, 2004    FULBRIGHT & JAWORSKI L.L.P.

8  By _____
9  Gregory B. Wood
   Attorneys for Plaintiffs
10 HEMOCUE AB; and
   HEMOCUE, INC.

12 DATED: November 9, 2004    LUCE, FORWARD, HAMILTON &
                              SCRIPPS LLP

15 By _____
   Callie A. Bjurstrom
16 Attorneys for Defendant
   STANBIO LABORATORY, L.P.

18 IT IS SO ORDERED.

21 DATED: 11-12, 2004   _____
22                     Roger T. Benitez
23                     United States District Court Judge

25470796.1                      2

# PROOF OF SERVICE

I, Bunny Block, declare:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps L.L.P., whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years and not a party to the within-entitled action. On November 9, 2004, I served a copy of the within document:

**STIPULATION AND (PROPOSED) ORDER RE NOTICE OF DISMISSAL WITHOUT PREJUDICE CONFERENCE**

[x] By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

[ ] By placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery as addressed below:

[ ] By hand delivering (Worldwide Attorney Services, Inc.) the document(s) listed above to the person(s) at the address(es) set forth below.

Gregory B. Wood, Esq.
Fulbright & Jaworski LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017-2576
Fax: (619) 232-8311

Mark H. Miller, Esq.
Jackson Walker L.L.P.
112 East Pecan Street
Suite 2100
San Antonio, TX 78205
Fax: (210) 978-7790

Jody L. Factor, Esq.
Factor & Lake, Ltd.
1327 W. Washington Blvd.
Suite 5G/H
Chicago, IL 60607
Fax: (312) 226-1919

1  I am readily familiar with the firm's practice of collection and processing
2  correspondence for mailing. Under that practice it would be deposited with the
3  U.S. Postal Service on that same day with postage thereon fully prepaid in the
4  ordinary course of business. I am aware that on motion of the party served, service
5  is presumed invalid if postal cancellation date or postage meter date is more than
6  one day after date of deposit for mailing in affidavit.
7  I declare that I am employed in the office of a member of the bar of this court
8  at whose direction the service was made.
9  Executed on November 9, 2004, at San Diego, California.

*Bunny Block*
Bunny Block